**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00552-CV

**DIANE B. SANTIAGO, ET AL., Appellants**

**V.**

**CENTRAL MORTGAGE COMPANY, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04179-2011**

## ORDER

On July 2, 2014, the Court ordered that this appeal be submitted without the reporter's record. Thereafter, appellants' August 4, 2014 motion for an extension of time to file a brief was granted without addressing their request to allow briefing on the reporter's record which was filed the same day as the motion. Accordingly, we **VACATE** this Court's July 2, 2014 order.

Appellants' brief includes citations to the reporter's record. Appellee filed a brief without citing to the reporter's record in light of this Court's July 2, 2014 order. Because this appeal will now be submitted with the reporter's record, appellee may file an amended brief within thirty days of the date of this order.

/s/      ELIZABETH LANG-MIERS
          JUSTICE